JAMES W. TATE, Respondent, v. WALKER MEMORIAL BAPTIST CHURCH et al., Defendants, and VINCENT BOWEN et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. Under the ruling of the Court of Appeals with regard to this particular church (*Walker Memorial Baptist Church* v. *Saunders*, 285 N. Y. 462) the proper procedure for the removal of a minister is by action of the corporate body and not by the trustees alone. Plaintiff is willing and of course must abide by the action of the congregation. To avoid the difficulties now being experienced by both the congregation and the minister, defendants should proceed according to the settled law without unnecessary delay and bring the litigation to an end. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ. [See *post*, p. 837.]

■

In the Matter of the Arbitration between ISTHMIAN STEAMSHIP COMPANY, Respondent, and EDWARD MULLEN, as President of Local 975, International Longshoremen's Association, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

In the Matter of NICHOLAS A. STAVROUDIS, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent, and RENE BOUET-WILLAUMEZ, Intervener, Respondent.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

JOHN HENNEGAN, Respondent, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Proposed Intervener, Appellant, v. STATES MARINE CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

In the Matter of the Compulsory Accounting of MARTHA BRAND et al., as Trustees, Appellants. REGINA BRAND, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The trustees may have until August 1, 1953, to file their account under the *inter vivos* trust. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

In the Matter of JACOB BERNOFF, Respondent, against EDWARD J. DONOVAN, as Commissioner of Correction of the State of New York, Appellant.— Order unanimously reversed and the petition dismissed. The record shows that the relator [petitioner] received a prison sentence and not a suspended sentence on counts 1 and 10 of the indictment. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.